**1079 PREFERRED MASONIC LIFE INS. CO. vs. COMMISSIONER OF INSURANCE, No. 15919; 4 D. L. N., 82; 70 N. W., 1026.**

To compel respondent to approve a form of policy, prepared by relator, organized under Act No. 187, Public Acts of 1887, providing for the incorporation of co-operative and mutual benefit associations.

Denied April 27, 1897, with costs.

Held, that the Act did not authorize the issue of policies providing for payment in case of total disability.

**1080 HOME LIFE ASSURANCE CO. vs. COMMISSIONER OF INSURANCE AND ATTORNEY GENERAL, No. 16101; 4 D. L. N., 95; 70 N. W., 1031.**

To compel respondent to approve of certain amendments to relator's articles of association, enabling it to issue (1) whole life policies; (2) term policies; (3) advance payment policies, and (4) policies insuring joint lives.

Granted April 27, 1897, without costs.

The Attorney General contended that Act No. 187, of the Public Acts of 1887, as amended by Act No. 58, Laws of 1895, does not authorize the issue of either of the three last named classes.

**1081 GIDDINGS vs. QUARTERMASTER GENERAL, 25 M., 339.**

Mandamus to compel respondent to issue a certificate of amount due for State bounties.

Denied July 12, 1872, on the ground that it did not appear that the assignment of the claim to relator, or any evidence of it was brought to the notice of respondent or that any request for the certificate was made to him.